# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-19342 |
| Philip E Aulis | § | Chapter 7 |
| Lisa G Aulis | § | |
| Debtor(s) | § | |
| | § | |

## CERTIFICATE OF SERVICE

To: See attached Service List

I, the undersigned attorney, certify that I served a copy of **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** upon the person(s) listed above by mailing the same by First Class U.S. Mail at Chicago, Illinois on the date set forth below, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid documents with the Clerk of the Bankruptcy Court through the CM/ECF system.

Dated: July 7, 2017      /s/ Joji Takada
                         Bankruptcy Trustee

Prepared by:

Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

## SERVICE LIST

| | | |
|---|---|---|
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101 | Kendall County Treasurer<br>111 West Fox Street #114<br>Yorkville, IL 60506 | 1st Farm Credit Services PCA<br>P. O. Box 700<br>Macomb, IL 61455 |
| Philip E. Aulis<br>Lisa G Aulis<br>9475 Ashley Road<br>Yorkville, IL 60560 | | |

- Darrell L Jordan    lawjko@yahoo.com, dlj60506@gmail.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- James L. Wright    jwright@zcwlaw.com, lkuziel@zcwlaw.com;srajzer@zcwlaw.com;agilbertson@zcwlaw.com

{00010830 / 2013 / 021 /}                1