UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Philip E. Aulis | § | Case No. 15-19342 |
| Lisa G. Aulis | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 381,555.99                     Assets Exempt: 124,840.90
*(Without deducting any secured claims)*

Total Distributions to Claimants: 45,234.63      Claims Discharged
                                                 Without Payment: 1,757,400.22

Total Expenses of Administration: 11,165.16

---

3) Total gross receipts of $ 59,387.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,988.10 (see **Exhibit 2**), yielded net receipts of $ 56,399.79 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 940,663.69 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,096.94 | 11,165.16 | 11,165.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 34,671.70 | 22,948.39 | 19,345.87 | 19,345.87 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 182,337.00 | 634,959.73 | 625,616.59 | 25,888.76 |
| **TOTAL DISBURSEMENTS** | $ 1,157,672.39 | $ 668,005.06 | $ 656,127.62 | $ 56,399.79 |

4)  This case was originally filed under chapter 7 on 06/02/2015 . The case was pending for 31 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/16/2017               By:/s/Joji Takada, Chapter 7 Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1995 Gmc/Vowd Semi Tractor W/ 880K Miles | 1129-000 | 5,500.00 |
| 1997 Wilson Livestock Trailer | 1129-000 | 10,250.00 |
| 1999 Glastron Speed Boad | 1129-000 | 3,000.00 |
| 2005 Vw Passat W/ 140K Miles | 1129-000 | 2,350.00 |
| 2008 Gmc Sierra Pick Up W/ 49 Miles (Truck Used For Pig Farm | 1129-000 | 8,000.00 |
| Checking Account @ Old Second (Aulis Farms) | 1129-000 | 1,526.13 |
| Home Depot Stock (223.4444 Shares) | 1129-000 | 27,061.76 |
| Vehicle | 1229-000 | 1,700.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 59,387.89** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lisa Aulis | Exemptions | 8100-002 | 2,988.10 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,988.10** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Farm Credit 2901 E. Jackson Street Macomb, IL  61455 |  | 114,616.62 | NA | NA | 0.00 |
|  | Farm Credit Services 2901 E. Jackson Stret Macomb, IL 61455 |  | 826,047.07 | NA | NA | 0.00 |
| 6 | 1St Farm Credit Services Flca | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| 7 | 1St Farm Credit Services Pca | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 940,663.69** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 6,069.99 | 6,069.99 | 6,069.99 |
| Joji Takada | 2200-000 | NA | 27.60 | 27.60 | 27.60 |
| Arthur B Levine Company | 2300-000 | NA | 61.69 | 61.69 | 61.69 |
| Associated Bank | 2600-000 | NA | 426.66 | 426.66 | 426.66 |
| United States Treasury | 2810-000 | NA | 1,448.00 | 1,448.00 | 1,448.00 |
| Illinois Department of Revenue | 2820-000 | NA | 783.00 | 783.00 | 783.00 |
| Callero and Callero LLP | 3310-000 | NA | 1,280.00 | 1,280.00 | 1,280.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Auction Associates Inc. | 3620-000 | NA | 0.00 | 518.22 | 518.22 |
| American Auction Associates, Inc. | 3711-000 | NA | 0.00 | 400.00 | 400.00 |
| American Auction Associations Inc. | 3711-000 | NA | 0.00 | 150.00 | 150.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,096.94 | $ 11,165.16 | $ 11,165.16 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS PO Box 7346 Philadelphia, PA 19101 | | 21,238.03 | NA | NA | 0.00 |
| | Kendall County Treasurer 111 West Fox Street Yorkville, IL 60506 | | 9,539.08 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kendall County Treasurer 111 West Fox Street Yorkville, IL 60506 | | 142.54 | NA | NA | 0.00 |
| | Kendall County Treasurer 111 West Fox Street Yorkville, IL 60506 | | 3,752.05 | NA | NA | 0.00 |
| 1 | Irs | 5800-000 | NA | 19,345.87 | 19,345.87 | 19,345.87 |
| 4 | Kendall County Treasurer | 5800-000 | NA | 3,602.52 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 34,671.70 | $ 22,948.39 | $ 19,345.87 | $ 19,345.87 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aes/nct PO Box 61047 Harrisburg, PA 17106 | | 11,970.00 | NA | NA | 0.00 |
| | Aes/nct PO Box 61047 Harrisburg, PA 17106 | | 25,523.00 | NA | NA | 0.00 |
| | Aes/nct PO Box 61047 Harrisburg, PA 17106 | | 12,485.00 | NA | NA | 0.00 |
| | Aes/nct PO Box 61047 Harrisburg, PA 17106 | | 18,686.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aes/nct PO Box 61047 Harrisburg, PA 17106 | | 21,757.00 | NA | NA | 0.00 |
| | Aes/nct PO Box 61047 Harrisburg, PA 17106 | | 12,243.00 | NA | NA | 0.00 |
| | ARS National Services, Inc. PO Box 469100 Escondido, CA 92046 | | 11,650.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 19,807.00 | NA | NA | 0.00 |
| | CNH Industrial Capital PO Box 3900 LanCaster, PA 17604 | | 11,153.00 | NA | NA | 0.00 |
| | Thd/cbna PO Box 6497 Sioux Falls, SD 57117 | | 2,948.00 | NA | NA | 0.00 |
| | US Bank PO Box 790408 St. Louis, MO 63179 | | 3,897.00 | NA | NA | 0.00 |
| | Us Bk Rms Cc 101 5th St E Ste A Saint Paul, MN 55101 | | 30,218.00 | NA | NA | 0.00 |
| 7 | 1St Farm Credit Services Pca | 7100-000 | NA | 622,270.74 | 622,270.74 | 25,750.30 |
| 2 | Kendall County Treasurer | 7100-000 | NA | 9,306.76 | 0.00 | 0.00 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 3,345.85 | 3,345.85 | 138.46 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Kendall County Treasurer | 7100-001 | NA | 36.38 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 182,337.00 | $ 634,959.73 | $ 625,616.59 | $ 25,888.76 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-19342 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Philip E. Aulis | | | | Date Filed (f) or Converted (c): | 06/02/2015 (f) |
| | Lisa G. Aulis | | | | 341(a) Meeting Date: | 06/30/2015 |
| For Period Ending: | 12/16/2017 | | | | Claims Bar Date: | 12/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4 Acres Ashley Road, Yorkville, Il (Farm Parcel) | 100,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account @ Old Second | 72.00 | 0.00 | | 0.00 | FA |
| 3. Primary Residence/1 Acres (Value Per Zillow) | 296,000.00 | 151,383.38 | | 0.00 | FA |
| 4. Cash On Hand | 200.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account @ Castle Bank | 85.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account @ Old Second | 272.00 | 0.00 | | 0.00 | FA |
| 7. Checking Account @ Old Second (Aulis Farms) | 2,400.00 | 0.00 | | 1,526.13 | FA |
| 8. Money Market - Iv Funds | 100.00 | 0.00 | | 0.00 | FA |
| 9. Misc. Household Goods And Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Books, Cds & Dvds | 20.00 | 0.00 | | 0.00 | FA |
| 11. Misc. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 12. Misc. Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 13. Minnesota Life Insurance Policy (Whole Life) | 5,513.99 | 5,513.99 | | 0.00 | FA |
| 14. 401K Through Spouse's Employer | 80,533.00 | 0.00 | | 0.00 | FA |
| 15. Capital Stock In 1St Farm Credit Services (Possible Interest | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 16. Home Depot Stock (223.4444 Shares) | 25,401.16 | 25,401.16 | | 27,061.76 | FA |
| 17. 1995 Gmc/Vowd Semi Tractor W/ 880K Miles | 3,500.00 | 3,500.00 | | 5,500.00 | FA |
| 18. 1997 Wilson Livestock Trailer | 10,000.00 | 10,000.00 | | 10,250.00 | FA |
| 19. 2008 Gmc Sierra Pick Up W/ 49 Miles (Truck Used For Pig Farm | 8,000.00 | 625.00 | | 8,000.00 | FA |
| 20. 1999 Glastron Speed Boad | 4,000.00 | 4,000.00 | | 3,000.00 | FA |
| 21. 2005 Vw Passat W/ 140K Miles | 1,168.00 | 0.00 | | 2,350.00 | FA |
| 22. Misc. Office Equipment | 50.00 | 50.00 | | 0.00 | FA |
| 23. Machinery/Equipment: 1997 Gehl, 2009 John Deer Gator, 1997 | 9,000.00 | 9,000.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-19342 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Philip E. Aulis | | | | Date Filed (f) or Converted (c): | 06/02/2015 (f) |
| | Lisa G. Aulis | | | | 341(a) Meeting Date: | 06/30/2015 |
| For Period Ending: | 12/16/2017 | | | | Claims Bar Date: | 12/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Misc. Farming & Truck Equipment | 2,500.00 | 0.00 | | 0.00 | FA |
| 25. 4 Dogs (Household Pets) | 0.00 | 0.00 | | 0.00 | FA |
| 26. Vehicle (u)  16' Homemade trailer | 0.00 | 3,000.00 | | 1,700.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $551,115.15    $213,473.53    $59,387.89    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Liquidating vehicles; Compromise with debtor re: vehicles; Compromise with third-party re: boat; Received proceeds from sale of stock. - Joji Takada 12/22/2015

Consulting with tax profession re: estate tax return - Joji Takada 2/12/2016

Consulting with tax profession re: estate tax return - Joji Takada 6/1/2016

Tax return filed; Awaiting prompt determination. - Joji Takada 9/27/2016

TFR in process. - Joji Takada 12/20/2016

Initial Projected Date of Final Report (TFR): 06/30/2016      Current Projected Date of Final Report (TFR): 06/30/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-19342  
Case Name: Philip E. Aulis  
Lisa G. Aulis  

Taxpayer ID No:  
For Period Ending: 12/16/2017  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0106  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/11/15 | 16 | Aulis Farms | Liquidation of brokerage account<br>Proceeds from sale re joint-debtor's non-exempt stock | 1129-000 | $27,061.76 | | $27,061.76 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.25 | $27,034.51 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.89 | $26,995.62 |
| 10/12/15 | 1001 | Lisa Aulis<br>c/o John Neuenkirchen<br>Jordan Legal Group<br>1999 W. Galena Blvd, Ste. B<br>Aurora, IL 60506 | Exemption<br>Debtor's claimed exemption in Home Depot Stock | 8100-002 | | $2,988.10 | $24,007.52 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.13 | $23,967.39 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.77 | $23,932.62 |
| 12/13/15 | 20 | Jordan Legal Group Ltd Client Trust | Proceeds from sale<br>Proceeds re sale of 1999 Glaston boat | 1129-000 | $3,000.00 | | $26,932.62 |
| 12/13/15 | 7 | Aulis Farms | Non-exempt funds<br>Nonexempt funds held in bank account | 1129-000 | $1,526.13 | | $28,458.75 |
| 12/13/15 | | Aulis Farms | Settlement payment<br>Payment re compromise with Debtor for VW Jetta and GMC truck | | $10,350.00 | | $38,808.75 |
| | | | Gross Receipts  $10,350.00 | | | | |
| | 19 | | 2008 Gmc Sierra Pick Up W/ 49 Miles (Truck Used For Pig Farm)  $8,000.00 | 1129-000 | | | |
| | 21 | | 2005 Vw Passat W/ 140K Miles  $2,350.00 | 1129-000 | | | |

Page Subtotals: $41,937.89  $3,129.14

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-19342  
Case Name: Philip E. Aulis  
Lisa G. Aulis  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0106  
Checking  

Taxpayer ID No:  
For Period Ending: 12/16/2017  

Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/06/16 | | American Auction Associates | Proceeds from sale<br>Proceeds from sale re GMC and trailers | | $17,450.00 | | $56,258.75 |
| | | | Gross Receipts  $17,450.00 | | | | |
| | 17 | | 1995 Gmc/Vowd Semi Tractor  $5,500.00<br>W/ 880K Miles | 1129-000 | | | |
| | 18 | | 1997 Wilson Livestock Trailer  $10,250.00 | 1129-000 | | | |
| | 26 | | Vehicle  $1,700.00 | 1229-000 | | | |
| 01/06/16 | 1002 | American Auction Associates Inc.<br>508 West Brittany Drive<br>Arlington Heights, Illinois 60004<br>Attn: Tom Mowery | Payment to trustee professional<br><br>Expenses incurred re sale of GMC and trailers | 3620-000 | | $518.22 | $55,740.53 |
| 01/06/16 | 1003 | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, Illinois 60004<br>Attn: Tom Mowery | Payment to trustee professional<br><br>Fee re: vehicles bought back by Debtor | 3711-000 | | $400.00 | $55,340.53 |
| 01/06/16 | 1004 | American Auction Associations Inc.<br>508 West Brittany Drive<br>Arlington Heights, Illinois 60004<br>Attn: Tom Mowery | Payment to trustee professional<br><br>Appraiser fee re Glaston speedboat | 3711-000 | | $150.00 | $55,190.53 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.42 | $55,142.11 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.87 | $55,063.24 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.58 | $54,986.66 |
| 03/30/16 | 1005 | Arthur B Levine Company<br>4501 Cartwright Road, Suite 402<br>Missouri City, Texas 77459 | Blanket Bond Premium | 2300-000 | | $61.69 | $54,924.97 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.75 | $54,843.22 |

Page Subtotals:  $17,450.00  $1,415.53

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-19342 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Philip E. Aulis | Bank Name: Associated Bank |
| Lisa G. Aulis | Account Number/CD#: XXXXXX0106 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/16/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/14/16 | 1006 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Income Tax<br>Bankruptcy estate tax liability to State of Illinois | 2820-000 | | $783.00 | $54,060.22 |
| 10/14/16 | 1007 | United States Treasury<br>Internal Revenue Service<br>Cincinnati, Ohio 45999 | Income Tax<br>Federal tax liability of bankruptcy estate | 2810-000 | | $1,448.00 | $52,612.22 |
| 08/22/17 | 1014 | Kendall County Treasurer<br>111 West Fox Street #114<br>Yorkville, Il 60506 | Final distribution per court order. Reversal<br>Remit to Clerk of Bankruptcy Court | 7100-000 | | ($1.28) | $52,613.50 |
| 08/22/17 | 1008 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. Reversal<br>Recalculating distribution | 2100-000 | | ($6,069.99) | $58,683.49 |
| 08/22/17 | 1009 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. Reversal<br>Recalculating distribution | 2200-000 | | ($27.60) | $58,711.09 |
| 08/22/17 | 1010 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. Reversal<br>Recalculating distribution | 3310-000 | | ($1,280.00) | $59,991.09 |
| 08/22/17 | 1011 | Irs<br>Po Box 7346<br>Philadelphia, Pa 19101 | Final distribution per court order. Reversal<br>Recalculating distribution | 5800-000 | | ($19,345.87) | $79,336.96 |
| 08/22/17 | 1012 | Kendall County Treasurer<br>111 West Fox Street #114<br>Yorkville, Il 60506 | Final distribution per court order. Reversal<br>Recalculating distribution | 5800-000 | | ($3,602.52) | $82,939.48 |
| 08/22/17 | 1013 | Kendall County Treasurer<br>111 West Fox Street #114<br>Yorkville, Il 60506 | Final distribution per court order. Reversal<br>Recalculating distribution | 7100-000 | | ($326.65) | $83,266.13 |
| 08/22/17 | 1015 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. Reversal<br>Recalculating distribution | 7100-000 | | ($117.43) | $83,383.56 |
| 08/22/17 | 1016 | 1St Farm Credit Services Pca<br>P. O. Box 700<br>Macomb, Il 61455 | Final distribution per court order. Reversal<br>Recalculating distribution | 7100-000 | | ($21,840.88) | $105,224.44 |

Page Subtotals: $0.00   ($50,381.22)

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-19342 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Philip E. Aulis | Bank Name: Associated Bank |
| Lisa G. Aulis | Account Number/CD#: XXXXXX0106 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/16/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/17 | 1008 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $6,069.99 | $99,154.45 |
| 08/22/17 | 1009 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $27.60 | $99,126.85 |
| 08/22/17 | 1010 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3310-000 | | $1,280.00 | $97,846.85 |
| 08/22/17 | 1011 | Irs<br>Po Box 7346<br>Philadelphia, Pa 19101 | Final distribution per court order. | 5800-000 | | $19,345.87 | $78,500.98 |
| 08/22/17 | 1012 | Kendall County Treasurer<br>111 West Fox Street #114<br>Yorkville, Il 60506 | Final distribution per court order. | 5800-000 | | $3,602.52 | $74,898.46 |
| 08/22/17 | 1013 | Kendall County Treasurer<br>111 West Fox Street #114<br>Yorkville, Il 60506 | Final distribution per court order. | 7100-000 | | $326.65 | $74,571.81 |
| 08/22/17 | 1014 | Kendall County Treasurer<br>111 West Fox Street #114<br>Yorkville, Il 60506 | Final distribution per court order. | 7100-000 | | $1.28 | $74,570.53 |
| 08/22/17 | 1015 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $117.43 | $74,453.10 |
| 08/22/17 | 1016 | 1St Farm Credit Services Pca<br>P. O. Box 700<br>Macomb, Il 61455 | Final distribution per court order. | 7100-000 | | $21,840.88 | $52,612.22 |
| 08/22/17 | 1017 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $6,069.99 | $46,542.23 |
| 08/22/17 | 1018 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $27.60 | $46,514.63 |

Page Subtotals: $0.00 $58,709.81

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-19342 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Philip E. Aulis | Bank Name: Associated Bank |
| Lisa G. Aulis | Account Number/CD#: XXXXXX0106 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/16/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/17 | 1019 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3310-000 | | $1,280.00 | $45,234.63 |
| 08/22/17 | 1020 | Irs<br>Po Box 7346<br>Philadelphia, Pa 19101 | Final distribution per court order. | 5800-000 | | $19,345.87 | $25,888.76 |
| 08/22/17 | 1021 | Kendall County Treasurer<br>111 West Fox Street #114<br>Yorkville, Il 60506 | Final distribution per court order. | 5800-000 | | $3,602.52 | $22,286.24 |
| 08/22/17 | 1022 | Kendall County Treasurer<br>111 West Fox Street #114<br>Yorkville, Il 60506 | Final distribution per court order. | 7100-000 | | $326.65 | $21,959.59 |
| 08/22/17 | 1023 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $1.28 | $21,958.31 |
| 08/22/17 | 1024 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $117.43 | $21,840.88 |
| 08/22/17 | 1025 | 1St Farm Credit Services Pca<br>P. O. Box 700<br>Macomb, Il 61455 | Final distribution per court order. | 7100-000 | | $21,840.88 | $0.00 |
| 09/15/17 | 1023 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal<br>Check returned; Claim withdrawn. | 7100-000 | | ($1.28) | $1.28 |
| 09/15/17 | 1022 | Kendall County Treasurer<br>111 West Fox Street #114<br>Yorkville, Il 60506 | Final distribution per court order. Reversal<br>Check returned; Claim withdrawn. | 7100-000 | | ($326.65) | $327.93 |
| 09/15/17 | 1021 | Kendall County Treasurer<br>111 West Fox Street #114<br>Yorkville, Il 60506 | Final distribution per court order. Reversal<br>Check returned; Claim withdrawn. | 5800-000 | | ($3,602.52) | $3,930.45 |

Page Subtotals: $0.00 $42,584.18

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-19342 |
| Case Name: | Philip E. Aulis |
| | Lisa G. Aulis |
| Taxpayer ID No: | |
| For Period Ending: | 12/16/2017 |

| | |
|---|---|
| Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX0106 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/17 | 1026 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $21.03 | $3,909.42 |
| 10/02/17 | 1027 | 1St Farm Credit Services Pca<br>P. O. Box 700<br>Macomb, Il 61455 | Final distribution per court order. | 7100-000 | | $3,909.42 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $59,387.89 | $59,387.89 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $59,387.89 | $59,387.89 |
| Less: Payments to Debtors | $0.00 | $2,988.10 |
| Net | $59,387.89 | $56,399.79 |

Page Subtotals:      $0.00      $3,930.45

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0106 - Checking | $59,387.89 | $56,399.79 | $0.00 |
|  | $59,387.89 | $56,399.79 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $59,387.89 |
| Total Gross Receipts: | $59,387.89 |